**UNITED STATES of America**

v.

**Christopher WILLIAMS, a/k/a Shaky.**

---

Christopher Williams, Appellant.

No. 13–2318.

United States Court of Appeals, Third Circuit.

Sept. 12, 2014.

(E.D.Pa.Crim. No. 02–cr–00172–007).

Kathy A. Stark, Esq., Robert A. Zauzmer, Esq., Office of United States Attorney, Philadelphia, PA, for Appellee.

Thomas R. Decesar, Esq., Marsha A. Sajer, Esq., K & L Gates, Harrisburg, PA, for Appellant.

Before: McKEE, Chief Judge, SMITH and SHWARTZ, Circuit Judges.

**JUDGMENT ORDER**

THEODORE A. McKEE, Chief Judge.

It is now here ORDERED that the judgment of the United States District Court for the Eastern District of Pennsylvania entered on February 28, 2013, is hereby affirmed. *See Gonzalez v. Crosby,* 545 U.S. 524, 125 S.Ct. 2641, 162 L.Ed.2d 480 (2005).